NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANNY M. WELLS,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2026-1342

---

Petition for review of the Merit Systems Protection Board.

---

PER CURIAM.

## O R D E R

Danny M. Wells filed a 284-page document with the court. While difficult to decipher, it appeared to challenge a letter from the Merit Systems Protection Board's Chief Administrative Judge rejecting his submission of an appeal for failure to "identify an appealable agency action within the Board's jurisdiction." ECF No. 1-2 at 280; *see also id.* at 4. The court directed Mr. Wells to address why his appeal should not be dismissed and to clearly identify what he had submitted to the Board. In response, he files numerous documents that, at most, vaguely refer to his Board submission as involving whistleblowing.

This court's jurisdiction is limited. While we may review certain final decisions of the Board, 28 U.S.C. § 1295(a)(9), Mr. Wells's submissions following this court's show cause order are non-responsive and he has failed to show that he is appealing from any decision that can be reviewed by this court. We therefore dismiss this matter. And, in light of Mr. Wells's prior filings, the court will not take action on any further filings except for a single, timely, clearly-labeled petition for panel rehearing and/or petition for rehearing en banc. *See* Fed. R. App. P. 40.

Accordingly,

IT IS ORDERED THAT:

(1) This matter is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 20, 2026
Date